UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Edward Dwyer

    v.                          Civil No. 10-cv-255-JD

Sperian Eye & Face Protection, Inc.

PROCEDURAL ORDER

On July 22, 2011, the court issued an order denying Edward Dwyer's motion to quash subpoenas. The order mistakenly stated that Sperian Eye & Face Protection, Inc. had not filed a response to the motion. The court has now reviewed Sperian's response. Because the motion to quash was denied on procedural grounds, due to Dwyer's failure to comply with the requirements of Federal Rule of Civil Procedure 45, Sperian's response does not change the rationale or the outcome of the decision that has been issued.

    SO ORDERED.

                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge
                                                  (Sitting by designation.)

August 11, 2011

cc:  Damon P. Hart, Esquire
     James E. Kelleher, Esquire
     Rachel Reingold Mandel, Esquire
     Neal J. McNamara, Esquire